# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SOLSTICE WIRELESS LLC,<br><br>Plaintiff,<br><br>v.<br><br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>Defendants. | Case No.: 4:22-CV-723-SDJ<br><br>Jury Trial Demanded |

## [PROPOSED] CASE SCHEDULE

The parties hereby submit this proposed case schedule based on Appendix B to the Court's November 17th, 2022, Order Governing Proceedings (ECF No. 17), as modified by agreement:

| Date and Time | Event |
|---|---|
| Wednesday, January 18, 2023, at 10:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, TX 75024 | Rule 16 Management Conference |
| To be discussed at mgmt. conf. | Mediation. The Court will appoint a mediator at the Scheduling Conference. |
| January 30, 2023 | P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions (and P.R. 3-2 document production) to be served. |
| February 22, 2023 | Join additional parties. |
| February 22, 2023 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 Document production) to be served. Exchange Mandatory Disclosures on all issues, including damages. |

|  |  |
|---|---|
| March 3, 2023 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1) |
| March 24, 2023 | Parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same. (P.R. 4-2). |
| April 19, 2023 | Parties' Final Amended Pleadings. (A motion for leave is required.) |
| April 21, 2023 | Joint Claim Construction and Prehearing Statement to be filed. (P.R. 4-3). Provide an estimate of how many pages are needed to brief the disputed claims. |
| May 10, 2023 | Respond to Amended Pleadings. |
| May 23, 2023 | Completion date for discovery on claim construction. (P.R. 4-4). |
| June 7, 2023 | Opening claim construction brief. (P.R. 4-5(a)). |
| June 13,2023 | Submit technology synopsis/tutorial (both hard copy and disk). |
| June 21, 2023 | Responsive claim construction brief. (P.R. 4-5(b)). |
| June 28, 2023 | Reply claim construction brief. (P.R. 4-5(c)). |
| June 30, 2023 | Parties to file joint claim construction and chart. (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |
| July 11, 2023, at 10:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, TX 75024. | Proposed Claim Construction Hearing |
| August 15, 2023 | Deadline for Initial Mandatory Disclosure of all persons, documents, data compilations and tangible things, which are relevant to a claim or defense of any party and which has not previously been disclosed. This deadline is not an extension of earlier deadlines set out in this Court's order or the Patent Rules, nor an excuse to delay disclosure of information. It is a "catchall" deadline for provision of all remaining information which may be relevant to a claim or defense of any party at trial. |
| August 22, 2023 | Parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |

| | |
|---|---|
| September 12, 2023 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(a)(2)(B). |
| September 12, 2023 | Comply with P.R. 3-7 (Designation of Willfulness Opinions). |
| September 26, 2023 | Parties to Designate Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>**Note: Objections to any expert, including Daubert motions, shall be filed within 3 weeks after the expert's Report has been disclosed. Such objections and motions are limited to ten pages each.** |
| October 3, 2023 | Mediation deadline. |
| October 3, 2023 | Discovery deadline. All discovery must be served in time to be completed by this deadline. |
| October 11, 2023 | File Dispositive Motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7.<br><br>**Responses to motions shall be due in accordance with Local Rule CV-7(e).** |
| January 22, 2024 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order, see www.txed.uscourts.gov, and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| January 29, 2024 | Motions *in limine* due. |
| January 29, 2024 | File Joint Final Pretrial Order. Exchange Exhibits and deliver copies to the Court. At this date, all that is required to be submitted to the Court is a hyperlinked exhibit list on disk (2 copies) and no |

|  | hard copies. |
|---|---|
| January 29, 2024 | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| February 12, 2024 | Response to motions *in limine* due. |
| February 12, 2024 | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses.) If numerous objections are filed, the Court may set a hearing prior to docket call. |
| February 12, 2024 | File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| February 12, 2024 | File Proposed *Voir Dire* Questions. |
| February 26, 2024 | Final Pretrial Conference at 1:30 p.m. at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024. |
| To be determined | 10:00 a.m. Jury Selection and Trial at the United States Courthouse located at 7940 Preston Road, Plano, TX 75024 |