IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SOLSTICE WIRELESS LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC. and T-MOBILE US, INC.,<br><br>               Defendants. | Case No.: 4:22-CV-723-SDJ<br><br>Jury Trial Demanded |

**JOINT STATUS REPORT CONCERNING
STAY AND SETTLMENT NEGOTIATIONS**

COME NOW Plaintiff SOLSTICE WIRELESS LLC ("Plaintiff" or "Solstice"), and Defendants T-MOBILE USA, INC. and T-MOBILE US, INC. ("Defendants" or "T-Mobile") and pursuant to the Court's March 3, 2023, Order (D.I. 23) granting the parties Joint Motion to Stay All Deadlines (D.I. 22), respectfully submit this Joint Status Report Concerning the Stay and Settlement Negotiations as follows:

The parties have engaged in numerous and substantive settlement discussions in good faith throughout the stay period, and believe that the additionally requested time to continue those discussions will allow them to reach a resolution of this matter. The parties jointly request that the Court extend the stay of all unreached deadlines in the case for an additional sixty (60) days.

Dated: May 1, 2023                    Respectfully submitted,

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

THE MORT LAW FIRM, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tel/Fax: 512-865-7950

*Of Counsel:*
Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)
Oded Burger *
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com
oburger@ daignaultiyer.com
Daignault Iyer LLP
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182

Attorneys for Solstice Wireless LLC

* - Not admitted to practice in Virginia

/s/ Darlene Ghavimi
Darlene F. Ghavimi
TX Bar No. 24072114
Matthew Blair
TX Bar No. 24109648
K&L GATES LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
512.482.6800
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

        Theodore J. Angelis
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
206.623.7580
Theo.angelis@klgates.com

Melissa R. Smith
TX Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
903.934.8450
melissa@gillamsmith.com

*Attorneys for T-Mobile USA, Inc. and T-Mobile US, Inc.*